IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01978-PAB

SANTOS HILARIO PEREZ LOPEZ,

     Petitioner,

v.

WARDEN, Denver Contract Detention Facility; DIRECTOR, Denver Field Office, U.S. Immigration & Customs Enforcement, Enforcement & Removal Operations, TODD M. LYONS, Acting Director, U.S. Immigration & Customs Enforcement, MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, TODD BLANCHE, Acting U.S. Attorney General, and DAREN K. MARGOLIN, Director, Executive Office for Immigration Review, in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 9] of Judge Philip A. Brimmer entered on May 19, 2026, it is

**ORDERED** that petitioner Santos Hilario Perez Lopez's Petition for Writ of Habeas Corpus [Docket No. 1] is **GRANTED**.  It is further

2

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 22nd day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By_____

H. Guerra, Deputy Clerk

2